# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3619
L.T. Case No. 2023-CF-001798-A

_____

JACOB ROSS MOUND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Jacob Ross Mound, Longwood, pro se.

No Appearance for Appellee.

April 9, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____